# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

| United States of America | ) |
|---|---|
| v. | ) Case No. 1:18MJ74 |
| Larry Wayne Price, Junior | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)*     Larry Wayne Price, Junior,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Title 18 U.S.C. 1001(a)(2) - knowingly and willingly make materially false, fictitious, and fraudulent statements and representations in a matter within the jurisdiction of the executive branch of the Government of the United States

Date:     05/10/2018

*Issuing officer's signature*

City and state:     Abingdon, VA

Hon. Pamela Meade Sargent, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |