AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__WESTERN__ DISTRICT OF __VIRGINIA__

USA

V.

LARRY WAYNE PRICE, JR.

## EXHIBIT AND WITNESS LIST

Case Number: 1:18MJ74

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Pamela Meade Sargent | Randy Ramseyer | Tom Bondurant |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 5/11/18 - detention hearing | Ella Surber, FTR | Ella Surber |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 5/11/2018 | Yes | Yes | FBI Investigation Report (SEALED) |
| 2 | | 5/11/2018 | Yes | Yes | FBI Investigation Report (SEALED) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages